AO 91
Rev. 11/82

**ORIGINAL**

## CRIMINAL COMPLAINT

| UNITED STATES DISTRICT COURT | CENTRAL DISTRICT OF CALIFORNIA |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**PORFIRIO MEDINA** | Docket No.<br><br>MAGISTRATE'S CASE NO. **SA08-0193M** |

Complaint for violation of Title 18 United States Code § 1073

| NAME OF MAGISTRATE JUDGE<br>MARC L. GOLDMAN | UNITED STATES<br>MAGISTRATE JUDGE | LOCATION<br>Santa Ana, CA |
|---|---|---|
| DATE OF OFFENSE<br>12/30/06 to 12/23/07 | PLACE OF OFFENSE<br>Orange County | Address of ACCUSED (IF KNOWN) |

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

From on or about December 30, 2006, to on or about December 23, 2007, in Orange County, within the Central District of California, defendant **PORFIRIO MEDINA** moved and traveled in interstate and foreign commerce from Orange County, California, within the Central District of California, to Mexico, with intent to avoid felony prosecution in Orange County, California.



FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
APR 25 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:
(See attached affidavit which is incorporated as part of this Complaint)

MATERIAL WITNESSES IN RELATION TO THIS CHARGE:

| Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>TRACY HANLON, SPECIAL AGENT<br>FEDERAL BUREAU OF INVESTIGATION |
|---|---|

Sworn to before me and subscribed in my presence,

| SIGNATURE OF MAGISTRATE JUDGE(1)<br>MARC L. GOLDMAN | DATE: April 25, 2008 |
|---|---|

1) See Federal Rules of Criminal Procedure rules 3 and 54.

AUSA: ALW:ms    (WARRANT)

<u>A F F I D A V I T</u>

I, Tracy Hanlon, being duly sworn, hereby depose and say the following:

1. I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) and currently assigned to conduct criminal investigations in the Central District of California.

2. This affidavit is made in support of a complaint and arrest warrant charging PORFIRIO MEDINA (MEDINA) with violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.

3. On April 25, 2008, I reviewed a letter from Susan Laird, Deputy District Attorney, Orange County, California, requesting the issuance of an arrest warrant for MEDINA charging him with violation of Title 18, United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.  Susan Laird advised that Orange County will extradite MEDINA at the expense of the State of California.

    a. On this same date, I reviewed a copy of a California state felony arrest warrant issued on 2/25/2008 by Judge James H. Poole, Central Justice Center, County of Orange, for MEDINA.  The warrant charges MEDINA with violation of California Penal Code Section 187(A), Murder, which is a felony in the State of California.

1

   b. The letter also provided a summary of facts regarding the case involving MEDINA, and I learned the following:

    1) On 12/30/2006, Orange County Sheriff's Department (OCSD) deputies responded to reports of gunshots in Stanton, California. They located a shooting victim inside a vehicle, and, approximately 2 blocks away, they found a second shooting victim. The victim in the car was dead, but the second victim was alive and advised that the shooter was MEDINA.

    2) The second victim advised that he was talking to the deceased victim while standing next to the driver's window of the car where he was shot. MEDINA was on the passenger side of the vehicle, and he fired a shot that hit the deceased victim in the head. The bullet traveled through his head, and that same bullet struck the second victim in the chest. This was confirmed through DNA testing.

    3) Investigation led to a search warrant that was conducted at MEDINA's Garden Grove residence, but MEDINA was not present, and, according to his family at that time, he had not been seen in several days.

4) MEDINA's whereabouts were unknown until a witness advised the OCSD that MEDINA'S ex-girlfriend had received a telephone call from MEDINA on 12/23/2007 between 5:00pm and 7:00pm. A state search warrant was executed on that telephone number, and the telephone records reflected that a telephone call had been received on 12/23/2007 at 6:18 pm from 406-545-4401. In addition, records reflected that the ex-girlfriend had received and made additional telephone calls to that number.

5) The telephone number, 406-545-4401, was traced to a telephone located in the town of Teloloapan, Guerrero, Mexico. A person who answered the telephone advised that the phone was the "message center" for the town, and residents of Teloloapan would receive any messages that were left with the person answering the call. In addition, it was learned that this number is only for the town of Teloloapan.

4. Based on the foregoing, I believe there is probable cause to believe that PORFORINO MEDINA has fled the State of California in order to avoid prosecution in violation of Title 18, United States Code, Section 1073.

_____
Tracy Hanlon
Special Agent
Federal Bureau of Investigation


Sworn to and subscribed before me on this 25 day of April, 2008, Santa Ana, California.

_____
MARC L. GOLDMAN
U.S. Magistrate Judge

4